# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ELAINE BONIN and AMY VEGA,

                    Plaintiffs,

v.

STATE COLLECTION SERVICE INC.,

                    Defendant.

Case No. 17-CV-1646-JPS

**ORDER**

On February 26, 2018, Plaintiffs filed a letter indicating that the parties have resolved this matter and are in the process of drafting settlement documents. (Docket #6). Plaintiffs request forty-five days to complete this process and to file a notice or stipulation of dismissal of this action. *Id.* The Court will grant Plaintiffs' request and directs the parties to file a notice or joint stipulation of dismissal no later than April 12, 2018, or the Court will dismiss the action for failure to prosecute. *See* Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that the parties shall file a notice or joint stipulation of dismissal of this action on or before **April 12, 2018**.

Dated at Milwaukee, Wisconsin, this 27th day of February, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge