# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ELAINE BONIN and AMY VEGA,

                  Plaintiffs,

v.

STATE COLLECTION SERVICE INC.,

                  Defendant.

Case No. 17-CV-1646-JPS

**ORDER**

On November 28, 2017, Plaintiffs filed this action alleging violations of the Fair Debt Collection Practices Act and Wisconsin state law. (Docket #1). Defendant has been served but has not appeared through counsel. On March 23, 2018, Plaintiffs filed a notice of voluntary dismissal of this action with prejudice and without costs to either party. (Docket #8). Because Defendant has not yet served either an answer to the complaint or a motion for summary judgment, the Court will adopt Plaintiffs' notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiffs' notice of voluntary dismissal (Docket #8) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to either party.

Dated at Milwaukee, Wisconsin, this 27th day of March, 2018.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge